UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BI 40 LLC,<br><br>                                       **Plaintiff,**<br>      v.<br>Ironshore Specialty Insurance Company,<br>                                       **Defendant.** | Civil Action No.: 1:23-CV-10480-PBS |

**DECLARATION OF MICHAEL R. CARLSON IN SUPPORT OF IRONSHORE SPECIALTY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

I, Michael R. Carlson, declare that:

1. I am a shareholder of the law firm of Hangley Aronchick Segal Pudlin & Schiller, counsel for Ironshore Specialty Insurance Company ("Ironshore"), the Defendant in this action. I make this Declaration in support of Ironshore's Motion for Summary Judgment. I have personal knowledge of the matters set forth below, or have knowledge of them through my personal review of documents, and am competent to testify to them if called as a witness.

2. The document marked as Exhibit 1 in Support of Ironshore's Motion for Summary Judgment is a true and correct copy of the Ironshore Long Term Care Organizations Professional Liability, General Liability, Employee Benefits Liability and Regulatory Proceeding Defense Coverage Claims Made Policy, No. HC7SACFPT3001 issued to Tewksbury Living Group LLC dba Wood Haven Senior Living (the "Primary Policy").

3. The document marked as Exhibit 2 in Support of Ironshore's Motion for Summary Judgment is a true and correct copy of the Follow Form Excess Policy, No. HC7SACFPUN001, that Ironshore issued to Wood Haven for the January 1, 2022 to January 1,

2023 policy period. "…with limits of $1 million each claim and $3 million aggregate." ("Excess Policy").

4. The document marked as Exhibit 3 in Support of Ironshore's Motion for Summary Judgment is a true and correct copy of the *Frost* Action Third Amended Complaint (*Frost v. BI 40 LLC et al.,* Case No. 1:22-cv-11005-PBS).

5. The document marked as Exhibit 4 in Support of Ironshore's Motion for Summary Judgment is a true and correct copy of the Receivership Action Complaint (*BI 40 LLC v Tewksbury Living Group, LLC, et al.,* Case No. 21-cv-11904-PBS).

6. The document marked as Exhibit 5 in Support of Ironshore's Motion for Summary Judgment is a true and correct copy of the October 4, 2021 Letter giving Notice of Default and Forbearance Expiration Date, in the Receivership Action (*BI 40 LLC v Tewksbury Living Group, LLC, et al.*, Case No. 21-cv-11904-PBS, ECF No. 1-20).

7. The document marked as Exhibit 6 in Support of Ironshore's Motion for Summary Judgment is a true and correct copy of the Court Order dated December 9, 2021 Appointing the Receiver in the Receivership Action (*BI 40 LLC v. Tewksbury Living Group, LLC, et al.*, Case No. 21-cv-11904-PBS, ECF No. 23).

8. The document marked as Exhibit 7 in Support of Ironshore's Motion for Summary Judgment is a true and correct copy of the Frost Motion to Intervene.

9. The document marked as Exhibit 8 in Support of Ironshore's Motion for Summary Judgment is a true and correct copy of the Frost Draft Complaint.

10. The document marked as Exhibit 9 in Support of Ironshore's Motion for Summary Judgment is a true and correct copy of the Initial *Frost* Action Complaint.

11. The document marked as Exhibit 10 in Support of Ironshore's Motion for Summary Judgment is a true and correct copy of the *Salie* Action Complaint.

12. The document marked as Exhibit 11 in Support of Ironshore's Motion for Summary Judgment is a true and correct copy of the *Salie* Action Proposed Second Amended Complaint.

13. The document marked as Exhibit 12 in Support of Ironshore's Motion for Summary Judgment is a true and correct copy of the *Salie* Action Motion for Leave to File Proposed Second Amended Complaint.

14. The document marked as Exhibit 13 in Support of Ironshore's Motion for Summary Judgment is a true and correct copy of the Court's Opinion regarding the Motion for Leave to File the Proposed Second Amended Complaint in the *Salie* Action.

15. The document marked as Exhibit 14 in Support of Ironshore's Motion for Summary Judgment is a true and correct copy of the May 26, 2022 Letter, in which Ironshore denied BI 40's demand for coverage.

16. The document marked as Exhibit 15 in Support of Ironshore's Motion for Summary Judgment is a true and correct copy of the June 14, 2022 Letter, in response to the May 26, 2022 Coverage Denial Letter, in which counsel for BI 40 requested that Ironshore reconsider its coverage denial and reimburse defense costs incurred.

17. The document marked as Exhibit 16 in Support of Ironshore's Motion for Summary Judgment is a true and correct copy of the June 30, 2022 Letter, in which coverage counsel reiterated Ironshore's denial of coverage, addressing BI 40's arguments and providing additional bases for its denial.

18. The document marked as Exhibit 17 in Support of Ironshore's Motion for Summary Judgment is a true and correct copy of Ironshore's supplemental coverage letter dated June 2, 2023 addressing the motion for leave to file a second amended complaint in the *Salie* Action.

19. The document marked as Exhibit 18 in Support of Ironshore's Motion for Summary Judgment is a true and correct copy of the BI 40 Motion to Dismiss (and Memorandum of Law in support thereof) filed in the *Frost* Action.

20. The document marked as Exhibit 19 in Support of Ironshore's Motion for Summary Judgment is a true and correct copy of Ironshore's letter dated December 2, 2022 to BI 40's counsel in which coverage counsel reiterated Ironshore's denial of coverage.

                                        HANGLEY ARONCHICK SEGAL
                                        PUDLIN & SCHILLER

                                        Michael R. Carlson (*pro hac vice*)

Dated: September 15, 2023