UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BI 40 LLC,<br><br>                     Plaintiff,<br><br>v.<br><br>Ironshore Specialty Insurance Company,<br><br>                     Defendant. | Civil Action No.: 1:23-CV-10480-PBS |

### DECLARATION OF NICOLE MARTEL

I, Nicole Martel, declare as follows:

1. I am a Claim Manager at Ironshore Insurance's Weatogue, Connecticut office. In this capacity, I manage a team of insurance professionals handling Long Term Care E&O claims.

2. I have personal knowledge regarding this coverage dispute and the materials considered in connection with determining Ironshore's coverage position.

3. For the January 1, 2022 to January 1, 2023 policy period, Ironshore issued a primary and excess policy to Tewksbury Living LLC dba Wood Haven Senior Living ("Wood Haven"). The primary policy is a Long Term Care Organizations Professional Liability, General Liability, Employee Benefits Liability and Regulatory Proceeding Defense Coverage Claims Made Liability Policy, No. HC7SACFPT3001 (the "Primary Policy"). The excess policy is a Follow Form Excess Policy, No. HC7SACFPUN001 (the "Excess Policy).

4. The underlying actions at issue in this coverage dispute are captioned: *Frost v. BI 40 LLC, et al.,* Case No. 1:22-cv-11005-PBS (the "Frost Action") and *MacAulay v. Tewksbury Living Group, LLC d/b/a Wood Haven Senior Living, et. al.*, Civil Action No. 2284CV00453 (the "Salie Action") (collectively, the "Underlying Actions").

5. BI 40 LLC ("BI 40") sought coverage under the Ironshore Policies for the Underlying Actions.

6. Ironshore's coverage determinations were based solely on the facts alleged in the Underlying Action complaints and on a review of the terms and provisions of the Ironshore Policies.

7. Ironshore's coverage determinations were not based on any external facts or knowledge that are not contained within the complaints or the Ironshore Policies.

I have read the foregoing Declaration and the factual statements contained therein are true and correct to the best of my knowledge, information and belief.

This the 15th day of September, 2023.

_____
Nicole Martel