UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BI 40 LLC, )  ) Plaintiff,  ) ) v.  ) ) IRONSHORE SPECIALTY ) INSURANCE COMPANY, ) ) Defendant. ) ) | CIVIL ACTION NO.: 1:23-CV-10480-PBS |

## **JUDGMENT AND ORDER**

On June 21, 2024, this Court allowed Plaintiff's Motion for Summary Judgment in part and declared that Defendant Ironshore Specialty Insurance Company ("Ironshore") had a duty to defend Plaintiff BI 40 LLC ("BI 40") in the Frost Action ("Summary Judgment Order"). Shortly thereafter, this Court ordered the Parties to submit a joint proposed judgment. The Parties have now submitted a joint proposed judgment, which this Court adopts.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED that final judgment shall enter as follows:

(i) On Count I of BI 40's Complaint, as well as on Counts I through X of Ironshore's Counterclaims, all for declaratory judgment, this Court declares that Ironshore had a duty to defend BI 40 in the Frost Action (through August 29, 2023), as more particularly set forth in this Court's Summary Judgment Order. This Court further declares that Ironshore did not have a duty to defend BI 40 in the Salie Action;

(ii)  On Count II of BI 40's Complaint, for breach of contract, final judgment shall enter in favor of BI 40 and against Ironshore in the amount of $348,160.50;

(iii)  On Count III of BI 40's Complaint, for violation of G.L. C. 93A and c. 176D, final judgment shall enter in favor of Ironshore and against BI 40.

Entry of this judgment is without prejudice to or waiver of either Party's right to appeal.

By the Court,

/s/PATTI B. SARIS
HON. PATTI B. SARIS
UNITED STATES DISTRICT JUDGE

Date:
8/16/2024